**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Veronica L. Murphy and, | : | CHAPTER 13 |
| Donald R. Devers, Jr. | : | |
| | : | |
| Debtor. | : | CASE NO. 24 -12976-pmm |

## MOTION TO APPROVE SETTLEMENT

AND NOW comes the Debtor, Donald R. Devers, Jr. (heretofore referred to as the "Debtor"), by and through his Attorney, Patrick J. Best, Esquire, of ARM Lawyers, respectfully moves this Honorable Court as follows:

1. Debtor filed a voluntary Chapter 13 bankruptcy petition on August 27, 2024.

2. On January 26, 2025, Debtor filed an Adversary Proceeding against People First FCU for violation of the automatic stay. (DE # 26; Docket No. 25-00108).

3. The parties have reached a resolution on the matter and now seek approval of their settlement.

4. Debtor has agreed to accept $3,500 in full satisfaction of the action.

5. Debtor and his attorney, Patrick J. Best, aver that the value received is reasonable.

6. Debtor's attorney, Patrick J. Best, seeks a fee of $1500 to be paid from this total settlement.

7. Neither the Chapter 13 Trustee nor the Debtor oppose this attorney fee.

8. As a result, Debtor is to receive $2,000 from this settlement.

9. This amount is not exempt; however, as it is *de minimis*, Debtor does not intend to pay this sum into the Chapter 13 Plan.

10. The Chapter 13 Trustee does not oppose this treatment of the proceeds.

11. Bankruptcy Rule 2002(a)(3) requires 21-day notice be provided to all creditors in the bankruptcy case and as such, this notice is being provided with a copy of this motion.

**WHEREFORE**, Debtor respectfully requests this Honorable Court approve the settlement agreement.

Date: <u>March 17, 2025</u>

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Attorney for Debtor