**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Veronica L. Murphy and, | : | CHAPTER 13 |
| Donald R. Devers, Jr. | : | |
| | : | |
| Debtor. | : | CASE NO. 24 -12976-pmm |

## **ORDER**

AND NOW upon consideration of the Debtor's Motion to Approve Settlement, Debtor's Motion is GRANTED. It is hereby ORDERED that the settlement agreement is approved. Debtor's attorney is authorized to be paid the sum of $1500 for fees/expenses directly from the proceeds of the settlement. Debtor shall be entitled to receive $2000 and shall not be required to pay such proceeds into the Chapter 13 Plan.

BY THE COURT:

_____

US Bankruptcy Judge Patricia M Mayer